AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Southern District of New York

| | | |
|---|---|---|
| DANIEL J. OWENS, | ) | |
| | ) | |
| | ) | |
| | ) | |
| *Plaintiff(s)* | ) | |
| v. | ) | Civil Action No.   22 cv 7042 |
| SMART SOURCE ENTERPRISES, LLC, | ) | |
| SMART SOURCE LLC, THOMAS D'AGOSTINO, | ) | |
| individually, MARK HENSON, individually, and | ) | |
| SCOTT RICH, individually, | ) | |
| *Defendant(s)* | ) | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*   Smart Source Enterprises, LLC, 7270 McGinnis Ferry Rd., Suwanee, GA 30024
Smart Source LLC, 7270 McGinnis Ferry Rd., Suwanee, GA 30024
Thomas D'Agostino, 19 Brazilian Avenue, Apt. G1, Palm Beach, FL 33480
Mark Henson, 3 Via Stefano, Henderson, NV 89011
Scott Rich, 7270 McGinnis Ferry Rd., Suwanee, GA 30024

      A lawsuit has been filed against you.

      Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

               Cilenti and Cooper, PLLC
               60 East 42nd Street — 40th Floor
               New York, New York 10165

      If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date:    8/19/2022

                                        /s/ P. Canales
                                 *Signature of Clerk or Deputy Clerk*

