# CILENTI & COOPER, PLLC

ATTORNEYS AT LAW
60 East 42nd Street - 40th Floor
New York, New York 10165

—–—

Telephone (212) 209-3933
Facsimile (212) 209-7102

**APPLICATION GRANTED
SO ORDERED** /s/ *Vernon Broderick*
VERNON S. BRODERICK
U.S.D.J.  1/12/23

January 11, 2023

MOTION FOR STAY PENDING MEDIATION

**BY ECF**
Hon. Vernon S. Broderick, U.S.D.J.
United States District Court for the Southern District of New York
Thurgood Marshall United States Courthouse
40 Centre Street
New York, New York 10007

      Re:    *Daniel J. Owens v. Smart Source Enterprises, LLC, et. al.* <u>Case No. 22 Civ. 7042 (VSB)(GWG)</u>

Dear Judge Broderick,

    The parties write to inform the court that they have scheduled mediation in this matter on February 20, 2023. The parties ask the court to stay formal discovery and order the parties to file a joint status report promptly upon completion of mediation.

    This is a joint request and we thank the court for its consideration of this case.

    Respectfully submitted,

/s/ Peter H. Cooper, Esq.
Cilenti & Cooper, PLLC
*Co-counsel for Plaintiff*
60 East 42nd Street – 40th Floor
New York, New York 10165

/s/ Ann Margaret O'Neill, Esq.
Murphy Hesse Toomey & Lehane, LLP
*Co-counsel for Plaintiff*
300 Crown Colony Drive – Suite 410
Quincy, Massachusetts 02169-9126

/s/ Scott R. Green, Esq.
/s/ Charles Lazo, Esq.
Goldberg Segalla
*Counsel for Defendants*
200 Garden City Plaza – Suite 520
Garden City, New York 11530-3203