UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
:
DANIEL J. OWENS, :
:
                        Plaintiff, :
:                22-cv-7042 (VSB)
      -against- :
:                  **ORDER**
SMART SOURCE ENTERPRISES, LLC, :
SMART SOURCE LLC, THOMAS :
D'AGOSTINO, MARK HENSON, and :
SCOTT RICH, :
:
                      Defendants. :
:
-----------------------------------------------------------X

VERNON S. BRODERICK, United States District Judge:

      On January 12, 2023, I granted the parties' joint motion to stay formal discovery. (Doc. 19.) The parties represented that they had a scheduled mediation in this matter on February 20, 2023 and would file a joint status report promptly upon completion of mediation. (*Id.*) To date, the parties have not yet filed that status report. Accordingly, it is hereby:

      ORDERED that the parties submit a joint letter by March 17, 2023 indicating the status of this matter.

SO ORDERED.

Dated: March 9, 2023
       New York, New York

                                                           _____
                                                           Vernon S. Broderick
                                                           United States District Judge